NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARRIN C. LAVINE and GREGORY R.
WILSON,

        Appellants,

v.

R.P. FUNDING, INC.; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; WELLS FARGO BANK,
N.A.; and GOVERNMENT NATIONAL
MORTGAGE ASSOCIATION,

        Appellees.

Case No. 2D17-3294

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Polk
County; Ronald A. Herring, Senior Judge.

Kelley A. Bosecker, St. Petersburg
(withdrew after briefing), for Appellants.

Darrin C. Lavine and Gregory R. Wilson,
pro se.

Sara F. Holladay-Tobias, Emily Y.
Rottmann, and C.H. Houston, III of
McGuireWoods LLP, Jacksonville, for
Appellees Wells Fargo Bank, N.A.,
Mortgage Electronic Registration Systems,
Inc., and Government National Mortgage
Association.

No appearance for Appellee R.P. Funding, Inc.


PER CURIAM.

       Affirmed.


KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.